IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

AUG 0 9 2018

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States of America )
vs. ) Criminal Number **16-73**
)
**STEPHEN MATAKOVICH** )

The above named defendant satisfied the judgment of **NOVEMBER 15, 2017**
By paying on **JULY 18, 2018** the full balance due on court ordered:

      __X__ ASSESSMENT

      _____ FINE

      _____ RESTITUTION

      _____ JVTA

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____       8/9/18
Deputy Clerk                                  Date