IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

AUG 09 2018

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States of America

vs.                              )  Criminal Number **16-73**
                                 )
**STEPHEN MATAKOVICH**           )

The above named defendant satisfied the judgment of **NOVEMBER 15, 2017**
By paying on **JULY 18, 2018** the full balance due on court ordered:

      _____ASSESSMENT

      _____FINE

      \_\_\_X\_\_\_\_RESTITUTION

      _____JVTA

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____          8/9/18
Deputy Clerk                              Date